# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2062

_____

JOHN JAY LACEY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

August 29, 2019

PER CURIAM.

Because Petitioner filed his amended petition for a belated, direct appeal more than four years after his 2014 conviction and sentence became final, the amended petition is hereby dismissed as untimely. *See* Fla. R. App. P. 9.141(c)(5) ("In no case shall a petition for belated appeal be filed more than 4 years after the expiration of time for filing the notice of appeal.").

DISMISSED.

ROBERTS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

John Jay Lacey, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.